UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAMES L. WOODSON,**

    Plaintiff,

v.                                                  Case No. 3:23-cv-8-HLA-LLL

**WALMART, INC.,**

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

An Order was entered in this matter on March 14, 2024 (Dkt. 6), directing Plaintiff to provide his current mailing address on or before April 15, 2024. In said Order, Plaintiff was cautioned that his non-compliance would result in the dismissal of this action.

There being no response, it is **ORDERED:**

1.     This case is **DISMISSED without prejudice.**

2. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of May, 2024.

_____
HENRY LEE ADAMS, JR.
United States District Judge

Copies: *Pro Se* Plaintiff